AO 450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT
## *Eastern District of Washington*

Toan Tang,

PLAINTIFF

JUDGMENT IN A CIVIL CASE

v.

Torrant, et al

CASE NUMBER: CV-09-0023-EFS

DEFENDANT

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court.** This action came to hearing before the Court. The issues have been heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED this action is DISMISSED without prejudice to Mr. Tang filing it in the appropriate venue once he has paid the filing fee.

| | |
|---|---|
| March 23, 2009 | JAMES R. LARSEN |
| *Date* | *Clerk* |
| | s/ Vikki Johnson |
| | *(By) Deputy Clerk* |
| | Vikki Johnson |